THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE E. GOODRICH, Appellant, *v.* THE SOUTHWORTH LIBRARY ASSOCIATION, Respondent.

*People ex rel. Goodrich* v. *Southworth L. Assn.,* 45 App. Div. 629, affirmed.
(Submitted June 5, 1900; decided June 19, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 19, 1900, affirming an order of Special Term denying an application for a peremptory writ of mandamus requiring the trustees of the Southworth Library Association to open its library.

*Monroe M. Sweetland* for appellant.

*Halliday & Denton* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ. Not sitting: LANDON, J.